1 | MORENO & RIVERA, LLP
2 | 1451 River Park Drive, Suite 145
Sacramento, California 95815
3 | Tel: 916-922-1200 Fax: 916 922-1301

4 | Jesse M. Rivera, CSN 84259
Jonathan B. Paul, CSN 215884
5 | Kelly A. Yokley, CSN 192015
6 | Shanan L. Hewitt, CSN 200168

7 | Attorneys for Defendant,
THE STATE OF CALIFORNIA, a public entity,
8 | NAPA STATE HOSPITAL, a public entity,
Dr. ED FOULK, individually, and
9 | DANA WHITE, individually

## IN THE UNITED STATES DISTRICT COURT

## IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW THOMAS ANDERSON, DECEASED, THROUGH HIS PERSONAL REPRESENTATIVE NAD SUCCESSOR IN INTEREST, MINEKO SWEZEY; AND MINEKO SWEZEY, Individually,<br><br>  Plaintiff,<br><br>vs.<br><br>COUNTY OF SISKIYOU, a public entity; SISKIYOU COUNTY SHERIFF'S DEPARTMENT, a public entity; SISKIYOU COUNTY SHERIFF RICK RIGGENS, in his individual and official capacities; CAPTAIN JAMES BETT, individually; DEPUTY CHRISTOPHER MILLER, individually; RONALD BORTMAN, M.D., individually; STATE OF CALIFORNIA, a public entity; NAPA STATE HOSPITAL, a public entity; Dr. ED FOULK,R.N.,individually; DANA WHITE, RN., individually; and DOES 1 through 10, Jointly and Severally,<br><br>  Defendant. | CASE NO.: C10-01428SBA<br><br>**ORDER TO VACATE ENTRY OF DEFAULT** |

1  PURSUANT TO THE STIPULATION HERETOFORE FILED, AND GOOD CAUSE
2  HEREBY APPEARING, it is hereby ordered that the Entry of Default heretofore filed against
3  the State of California, Napa State Hospital, Dr. Ed Foulk, R.N., and Dana White, R.N., [Docket
4  #22] is hereby vacated and withdrawn.  Said defendants are hereby provided relief from said
5  default.

6  It is hereby further ordered that an answer is to be filed on behalf of said defendants
7  within ten (10) days of the entry of this order.

8  It is hereby so ordered.

10  Dated: June 23, 2010

11  By: _____*Saundra B Armstrong*_____
       HONORABLE SAUNDRA BROWN-ARMSTRONG
12     United States District Court Judge