UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MATTHEW THOMAS ANDERSON, et al., | Case No: C 10-1428 SBA |
| Plaintiffs, | **ORDER REVISING BRIEFING SCHEDULE** |
| vs. | |
| COUNTY OF SISKIYOU, et al., | |
| Defendants. | |

This matter is scheduled for hearing on September 14, 2010, for Defendants' Motion to Dismiss. To expedite matters, the Court revises the briefing schedule specified in Civil Local Rule 7-3 as follows:

1. Any opposition to the foregoing motions shall be filed by no than July 9, 2010. **The failure to timely file an opposition may be construed as a consent to the granting of the motion**.

2. Any reply brief shall be filed by no later than July 16, 2010.

3. The Court, in its discretion, may decide the motions without oral argument, pursuant to Federal Rule of Civil Procedure 78(b), in which case no appearance for the motion will be necessary. The parties are advised to check the Court's website to determine whether a court appearance is required.

IT IS SO ORDERED.

Dated: June 23, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge