MORENO & RIVERA, LLP

1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259
Jonathan B. Paul, CSN 215884
Kelly A. Yokley, CSN 192015
Shanan L. Hewitt, CSN 200168

Attorneys for Defendant,
THE STATE OF CALIFORNIA, a public entity,
NAPA STATE HOSPITAL, a public entity,
Dr. ED FOULK, individually, and
DANA WHITE, individually

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN  DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW THOMAS ANDERSON, DECEASED, THROUGH HIS PERSONAL REPRESENTATIVE NAD SUCCESSOR IN INTEREST, MINEKO SWEZEY; AND MINEKO SWEZEY, Individually,<br><br>Plaintiff,<br>vs.<br><br>COUNTY OF SISKIYOU, a public entity; SISKIYOU COUNTY SHERIFF'S DEPARTMENT, a public entity; SISKIYOU COUNTY SHERIFF RICK RIGGENS, in his individual and official capacities; CAPTAIN JAMES BETT, individually; DEPUTY CHRISTOPHER MILLER, individually; RONALD BORTMAN, M.D., individually; STATE OF CALIFORNIA, a public entity; NAPA STATE HOSPITAL, a public entity; Dr. ED FOULK,R.N., individually; DANA WHITE, RN., individually; and DOES 1 through 10, Jointly and Severally,<br><br>Defendant. | CASE NO.: 2:11-CV-00117-GEB-EFB<br><br>**STIPULATION OF COUNSEL TO MODIFY THE SCHEDULING ORDER and [PROPOSED] ORDER** |

COME NOW DEFENDANTS, STATE OF CALIFORNIA, NAPA STATE HOSPITAL, DR. ED FOULK, DIANE JOHNSTON MOND and DANA WHITE, by and through their counsel,

Jesse M. Rivera, of the Law Offices of Rivera and Associates, and with the concurrence of PLAINTIFFS' counsels, Michael J. Haddad, Julia Sherwin and Sonia M. Mercado, and with the concurrence of counsel for the County of Siskiyou, Philip Price and subject to the approval of this court, hereby stipulate to modify the scheduling order filed by this court on May 19, 2011 [Docket #64]. All counsel have diligently been conducting discovery with the aim of mediating this case in a timely manner. An initial mediation was held on April 26, 2011. It was evident at that time in order to settle this case extensive discovery must be conducted. Since that date over 15 depositions have been conducted and an amended complaint filed. Siskiyou County has also filed a cross claim. The parties have now agreed upon a new mediation date for December 13, 2011 at ADR ,Services before retired Judge Chiantelli.

The current scheduling order requires the disclosure of expert witness reports on November 29, 2011. This will be an extremely costly disclosure. The parties all concur and believe that it would be in the best interests to alter and modify the current scheduling order to save expenses in the hopes this case will be resolved. The parties do not believe moving of the the trial date would be necessary. As such the parties propose the following modifications to the scheduling order:

| | |
|---|---|
| Initial Expert disclosure: | November 29, 2011, |
| Rebuttal expert disclosure: | December 29, 2011; |
| Discovery Closes: | February 29, 2012 |
| Dispositive Motion Hearing: | April 30, 2012 |
| Pretrial Hearing: | June 25, 2012 |
| PROPOSED NEW DATES; | |
| Expert Disclosure: | February 17, 2012; |
| Rebuttal Expert Disclosure: | March 9, 2012 |
| Discovery to Close: | March 31, 2012 |
| Dispositive Motion Date: | June 4, 2012 |
| Pretrial Hearing: | July 23, 2012 |

The jury trial date of September 25, 2012 shall remain as set.

The parties agree that no prejudice exists as to any of the parties regarding the relief sought.

1     Therefore the parties, Defendant State of California, Napa State Hospital, Dr. Foulk, Diane

2 Mond and Dana White, by and through their counsel Jesse M. Rivera, and Plaintiffs by and through

3 their counsel Michael J. Haddad, Julia Sherwin and Sonia M. Mercado and the County of Siskiyou

4 and their named defendants, through their counsel Philip Price hereby stipulate and agree that the

5 scheduling order filed May 19, 2011 be amended and modified as requested.

6     It is hereby so stipulated.

7 Dated: October 25, 2011                RIVERA & ASSOCIATES

8                          By:   /s/ Jesse M. Rivera
                                 JESSE M. RIVERA
9                                Attorney for Defendant,
                                 THE STATE OF CALIFORNIA, NAPA STATE
10                               HOSPITAL, DR. ED FOULK, DANA WHITE,
                                 DIANE JOHNSTON MOND
11 Dated: October 25, 2011                HADDAD & SHERWIN

12                         By:   /s/ Michael J.Haddad
                                 MICHAEL J. HADDAD
13                               JULIA SHERWIN
                                 Co-Counsel for Plaintiffs
14
Dated: October 25, 2011                 SONIA MERCADO & ASSOCIATES
15
                           By:   /S/ Sonia M. Mercado
16                               SONIA M. MERCADO
                                 Co-Counsel for Plaintiffs
17
                                 PRICE & BROWN
18
Dated: October 25, 2011    By:   /s/  Philip B. Price
19                               Attorney for Defendants
                                 County of Siskiyou, Siskiyou Co. Sheriff's Dept.,
20                               Siskiyou Co. Sheriff Rick Riggins, Cpt. James Betts,
                                 Deputy Christopher Miller, Ronald Bortman, M.D.
21
22 The above dates are approved, except the final pretrial conference, which the parties characterize as a "pretrial hearing",is scheduled to commence at 11:00 a.m. on August 20, 2012. A joint pretrial statement shall be filed seven days prior to the conference.

23
**IT IS SO ORDERED.**
24
25 Dated:  October 27, 2011

26                                _____
                                  GARLAND E. BURRELL, JR.
27                                United States District Judge

28

Stipulations and Order
Page 3