MORENO & RIVERA, LLP

1451 River Park Drive, Suite 145
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1301

Jesse M. Rivera, CSN 84259
Jonathan B. Paul, CSN 215884
Kelly A. Yokley, CSN 192015
Shanan L. Hewitt, CSN 200168

Attorneys for Defendant,
THE STATE OF CALIFORNIA, a public entity,
NAPA STATE HOSPITAL, a public entity,
Dr. ED FOULK, individually, and
DANA WHITE, individually

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW THOMAS ANDERSON, DECEASED, THROUGH HIS PERSONAL REPRESENTATIVE NAD SUCCESSOR IN INTEREST, MINEKO SWEZEY; AND MINEKO SWEZEY, Individually,<br><br>          Plaintiff,<br>vs.<br><br>COUNTY OF SISKIYOU, a public entity; SISKIYOU COUNTY SHERIFF'S DEPARTMENT, a public entity; SISKIYOU COUNTY SHERIFF RICK RIGGENS, in his individual and official capacities; CAPTAIN JAMES BETT, individually; DEPUTY CHRISTOPHER MILLER, individually; RONALD BORTMAN, M.D., individually; STATE OF CALIFORNIA, a public entity; NAPA STATE HOSPITAL, a public entity; Dr. ED FOULK,R.N., individually; DANA WHITE, RN., individually; and DOES 1 through 10, Jointly and Severally,<br><br>          Defendant. | CASE NO.: 2:11-CV-00117-GEB-EFB<br><br>**STIPULATION OF COUNSEL TO MODIFY THE SCHEDULING ORDER and [PROPOSED] ORDER** |

COME NOW DEFENDANTS, STATE OF CALIFORNIA, NAPA STATE HOSPITAL, DR. ED FOULK, DIANE JOHNSTON MOND and DANA WHITE, by and through their counsel,

1  Jesse M. Rivera, of the Law Offices of Rivera and Associates, and with the concurrence of
2  PLAINTIFFS' counsels, Michael J. Haddad, Julia Sherwin and Sonia M. Mercado, and with the
3  concurrence of counsel for the County of Siskiyou, Philip Price and subject to the approval of this
4  court, hereby stipulate to modify the scheduling order filed by this court on May 19, 2011 [Docket
5  #64]. All counsel have diligently been conducting discovery with the aim of mediating this case in
6  a timely manner. An initial mediation was held on April 26, 2011. It was evident at that time in
7  order to settle this case extensive discovery must be conducted. Since that date over 15 depositions
8  have been conducted and an amended complaint filed. Siskiyou County has also filed a cross claim.
9  The parties have now agreed upon a new mediation date for December 13, 2011 at ADR ,Services
10 before retired Judge Chiantelli.

11     The current scheduling order requires the disclosure of expert witness reports on November
12 29, 2011.  This will be an extremely costly disclosure.  The parties all concur and believe that it
13 would be in the best interests to alter and modify the current scheduling order to save expenses in
14 the hopes this case will be resolved. The parties do not believe  moving of the  the trial date would
15 be necessary.  As such the parties propose the following modifications to the scheduling order:

16       Initial Expert disclosure:      November 29, 2011,
17       Rebuttal expert disclosure:      December 29, 2011;
18       Discovery Closes:      February 29, 2012
19       Dispositive Motion Hearing:      April 30, 2012
20       Pretrial Hearing:      June 25, 2012
21       PROPOSED NEW DATES;
22       Expert Disclosure:      February 17, 2012;
23       Rebuttal Expert Disclosure:      March 9, 2012
24       Discovery to Close:      March 31, 2012
25       Dispositive Motion Date:      June 4, 2012
26       Pretrial Hearing:      July 23, 2012
27     The jury trial date of September 25, 2012 shall remain as set.
28     The parties agree that no prejudice exists as to any of the parties regarding the relief sought.

Therefore the parties, Defendant State of California, Napa State Hospital, Dr. Foulk, Diane Mond and Dana White, by and through their counsel Jesse M. Rivera, and Plaintiffs by and through their counsel Michael J. Haddad, Julia Sherwin and Sonia M. Mercado and the County of Siskiyou and their named defendants, through their counsel Philip Price hereby stipulate and agree that the scheduling order filed May 19, 2011 be amended and modified as requested.

It is hereby so stipulated.

Dated: October 25, 2011                RIVERA & ASSOCIATES

                                       By:   /s/ Jesse M. Rivera
                                             JESSE M. RIVERA
                                             Attorney for Defendant,
                                             THE STATE OF CALIFORNIA, NAPA STATE
                                             HOSPITAL, DR. ED FOULK, DANA WHITE,
                                             DIANE JOHNSTON MOND

Dated: October 25, 2011                HADDAD & SHERWIN

                                       By:   /s/ Michael J.Haddad
                                             MICHAEL J. HADDAD
                                             JULIA SHERWIN
                                             Co-Counsel for Plaintiffs

Dated: October 25, 2011                SONIA MERCADO & ASSOCIATES

                                       By:   /S/ Sonia M. Mercado
                                             SONIA M. MERCADO
                                             Co-Counsel for Plaintiffs

                                       PRICE & BROWN

Dated: October 25, 2011                By:   /s/ Philip B. Price
                                             Attorney for Defendants
                                             County of Siskiyou, Siskiyou Co. Sheriff's Dept.,
                                             Siskiyou Co. Sheriff Rick Riggins, Cpt. James Betts,
                                             Deputy Christopher Miller, Ronald Bortman, M.D.

The above dates are approved, except the final pretrial conference, which the parties characterize as a "pretrial hearing",is scheduled to commence at 11:00 a.m. on August 20, 2012. A joint pretrial statement shall be filed seven days prior to the conference.

**IT IS SO ORDERED.**

Dated:  October 27, 2011

                                       _____
                                       GARLAND E. BURRELL, JR.
                                       United States District Judge