IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
MATTHEW THOMAS ANDERSON,              )
DECEASED, THROUGH HIS SUCCESSOR       )   2:11-cv-00117-GEB-CKD
IN INTEREST, MINEKO SWEZEY; and       )
MINEKO SWEZEY, Individually,          )
                                      )   ORDER
              Plaintiffs,             )
                                      )
       v.                             )
                                      )
COUNTY OF SISKIYOU, a public          )
entity; SISKIYOU COUNTY               )
SHERIFF'S DEPARTMENT, a public        )
entity; SISKIYOU COUNTY SHERIFF       )
RICK RIGGENS, in his individual       )
and official capacities; CAPTAIN      )
JAMES BETTS, individually;            )
DEPUTY CHRISTOPHER MILLER,            )
individually; RONALD BORTMAN,         )
M.D., individually; LAURI             )
HUNNER, individually; THOMAS          )
MCALEER, individually; TERRY          )
BARBER, individually; BETTY           )
BREES, individually; STATE OF         )
CALIFORNIA, a public entity;          )
NAPA STATE HOSPITAL, a public         )
entity; Dr. ED FOULK, R.N.,           )
individually; DANA WHITE, R.N.,       )
individually; DIANE JOHNSTON          )
MOND, individually; and DOES 6        )
through 10, jointly and               )
severally,                            )
                                      )
              Defendants.             )
_____)
                                      )
AND RELATED CROSS-CLAIM               )
_____)
```

Defendants STATE OF CALIFORNIA, NAPA STATE HOSPITAL, DR. ED FOULK, R.N., DANA WHITE, R.N., and DIANE JOHNSON-MOND, filed a "Notice of Settlement" on January 20, 2012, in which they state:

> Plaintiffs . . . and Defendants County of Siskiyou, Siskiyou Co. Sheriff's Dept., Siskiyou Co. Sheriff

1

1  |         Rick Riggins, Cpt. James Betts, Deputy Christopher
2  |         Miller, Ronald Bortman, M.D. . . . and The State of
   |         California, Napa State Hospital, Dr. Ed Foulk, Dana
3  |         White, [and] Diane Johnston Mond . . . have reached
   |         a settlement of the above-entitled case, subject to
4  |         signing of Settlement Agreement and Request for
   |         Dismissal.

5  | (ECF No. 76, 2:1-11.)

6  |         The Notice of Settlement also includes a request that the
7  | Court "vacate the July 23, 2012 Pre-Trial Conference and the September
8  | 25, 2012, trial date." However, the Notice of Settlement does not
9  | indicate if Defendants LAURI HUNNER, THOMAS MCALEER, TERRY BARBER, and
10 | BETTY BREES are parties to the referenced settlement. Therefore, the
11 | final pretrial conference and trial will remain on calendar as
12 | scheduled.

13 | Dated:   January 24, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge