IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MATTHEW THOMAS ANDERSON,
DECEASED, THROUGH HIS SUCCESSOR
IN INTEREST, MINEKO SWEZEY; and
MINEKO SWEZEY, Individually,

                    Plaintiffs,

          v.

COUNTY OF SISKIYOU, a public
entity; SISKIYOU COUNTY
SHERIFF'S DEPARTMENT, a public
entity; SISKIYOU COUNTY SHERIFF
RICK RIGGENS, in his individual
and official capacities; CAPTAIN
JAMES BETTS, individually;
DEPUTY CHRISTOPHER MILLER,
individually; RONALD BORTMAN,
M.D., individually; LAURI
HUNNER, individually; THOMAS
MCALEER, individually; TERRY
BARBER, individually; BETTY
BREES, individually; STATE OF
CALIFORNIA, a public entity;
NAPA STATE HOSPITAL, a public
entity; Dr. ED FOULK, R.N.,
individually; DANA WHITE, R.N.,
individually; DIANE JOHNSTON
MOND, individually; and DOES 6
through 10, jointly and
severally,

                    Defendants.
_____

AND RELATED CROSS-CLAIM
_____

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

2:11-cv-00117-GEB-CKD


ORDER

          Defendants STATE OF CALIFORNIA, NAPA STATE HOSPITAL, DR. ED

FOULK, R.N., DANA WHITE, R.N., and DIANE JOHNSON-MOND, filed a "Notice

of Settlement" on January 20, 2012, in which they state:

          Plaintiffs . . . and Defendants County of Siskiyou,
          Siskiyou Co. Sheriff's Dept., Siskiyou Co. Sheriff

1          Rick Riggins, Cpt. James Betts, Deputy Christopher
      Miller, Ronald Bortman, M.D. . . . and The State of
2          California, Napa State Hospital, Dr. Ed Foulk, Dana
      White, [and] Diane Johnston Mond . . . have reached
3          a settlement of the above-entitled case, subject to
      signing of Settlement Agreement and Request for
4          Dismissal.

5    (ECF No. 76, 2:1-11.)

6          The Notice of Settlement also includes a request that the

7    Court "vacate the July 23, 2012 Pre-Trial Conference and the September

8    25, 2012, trial date." However, the Notice of Settlement does not

9    indicate if Defendants LAURI HUNNER, THOMAS MCALEER, TERRY BARBER, and

10   BETTY BREES are parties to the referenced settlement. Therefore, the

11   final pretrial conference and trial will remain on calendar as

12   scheduled.

13   Dated:  January 24, 2012

14

15                      _____
                   GARLAND E. BURRELL, JR.
16                      United States District Judge

17

18

19

20

21

22

23

24

25

26

27

28