```
IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| MATTHEW THOMAS ANDERSON, DECEASED, THROUGH HIS SUCCESSOR IN INTEREST, MINEKO SWEZEY; and MINEKO SWEZEY, Individually,<br><br>  Plaintiffs,<br><br>  v.<br><br>COUNTY OF SISKIYOU, a public entity; SISKIYOU COUNTY SHERIFF'S DEPARTMENT, a public entity; SISKIYOU COUNTY SHERIFF RICK RIGGENS, in his individual and official capacities; CAPTAIN JAMES BETTS, individually; DEPUTY CHRISTOPHER MILLER, individually; RONALD BORTMAN, M.D., individually; LAURI HUNNER, individually; THOMAS MCALEER, individually; TERRY BARBER, individually; BETTY BREES, individually; STATE OF CALIFORNIA, a public entity; NAPA STATE HOSPITAL, a public entity; Dr. ED FOULK, R.N., individually; DANA WHITE, R.N., individually; DIANE JOHNSTON MOND, individually; and DOES 6 through 10, jointly and severally,<br><br>  Defendants.<br>_____<br>AND RELATED CROSS-CLAIM<br>_____ | 2:11-cv-00117-GEB-CKD<br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

Defendants STATE OF CALIFORNIA, NAPA STATE HOSPITAL, DR. ED FOULK, R.N., DANA WHITE, R.N., and DIANE JOHNSON-MOND ("Noticing Defendants"), filed an "Amended Notice of Settlement" on January 27, 2012, in which they clarify that all parties "have reached a settlement

of the above-entitled case, subject to signing of Settlement Agreement and Request for Dismissal." (ECF No. 78.) Noticing Defendants further state in the Amended Notice of Settlement that they "hope[] to complete all final documents within 180 days due to the length of time it takes the State of California to issue a settlement draft."

Therefore, a dispositional document shall be filed no later than July 24, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, the final pretrial conference scheduled for hearing on July 23, 2012, is continued to commence at 1:30 p.m. on August 27, 2012, in the event no dispositional document is filed, or if this action is not otherwise dismissed.[1] A joint pretrial statement shall be filed seven (7) days prior to the final pretrial conference.

IT IS SO ORDERED.

Dated: January 26, 2012

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The final pretrial conference and trial will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2